GREGORY J. BROD, CSB 184456
BROD LAW FIRM, P.C.
96 Jessie Street
San Francisco, California 94105
Telephone (415) 397-1130
Facsimile (415) 397-2121

MARKUS WILLOUGHBY, CSB 197478
WILLOUGHBY LAW FIRM, INC.
1814 Franklin Street, Suite 800
Oakland, CA 94612
Telephone: (510) 451-2777
Facsimile: (510) 835-1050

Attorneys for Plaintiff
BRYCE LEMMONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE LEMMONS,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, CALIFORNIA FORENSICS MEDICAL GROUP, INC., CITY OF SANTA ROSA, and DOES 1 through 200,<br><br>       Defendants. | Case No.   3:16-CV-04553 WHO<br><br>**STIPULATED REQUEST FOR LEAVE OF COURT ALLOWING AMENDMENT TO COMPLAINT AND REQUEST FOR CONTINUANCE OF INITIAL DISCLOSURE DEADLINES; PROPOSED ORDER** |

Pursuant to F.R.C.P. 15(a) and Local Civil Rule 6-3, Plaintiff BRYCE LEMMONS, Defendant COUNTY OF SONOMA, Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC., and Defendant CITY OF SANTA ROSA, by and thorough their respective attorneys,

---
STIPULATED REQUEST FOR LEAVE OF COURT ALLOWING AMENDMENT TO COMPLAINT AND REQUEST
FOR CONTINUANCE OF INITIAL DISCLOSURE DEADLINES
- 1 -

jointly stipulate to the following:

1. Plaintiff BRYCE LEMMONS shall be allowed to amend his COMPLAINT FOR DAMAGES, filed August 11, 2016, within 5 days of this Court's order;

2. The parties have agreed to informally and simultaneously exchange all documents in their respective possession which support the claims and defenses in this action, prior to the F.R.C.P. 26(a)(1) Initial Disclosures. This exchange does not waive the rights of any party to identify or produce further documents at the time of the Initial Disclosures.

3. The parties respectfully request a continuance of the deadlines regarding Initial Disclosures, as set forth in this Court's August 11, 2016 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

4. Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. has been inadvertently named as "CALIFORNIA FORENSICS MEDICAL GROUP, INC.". The corrected name of Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. shall be inserted wherever CALIFORNIA FORENSICS MEDICAL GROUP, INC. appears in the Complaint for Damages, and the corrected name shall be used in plaintiffs' First Amended Complaint for Damages.

IT IS SO STIPULATED.

DATED: October 3, 2016

BROD LAW FIRM, P.C.

By _____
GREGORY J. BROD
Attorneys for Plaintiff BRYCE LEMMONS

DATED: October 5, 2016                         WILLOUGHBY LAW FIRM, INC.

                                               By _____
                                               MARKUS WILLOUGHBY
                                               Attorneys for Plaintiff BRYCE LEMMONS

DATED: October 3, 2016                         SENNEFF, FREEMAN & BLUESTONE, LLP

                                               Approved 10/3/16 for electronic filing:

                                               By _____/Bonnie A. Freeman/_____
                                               BONNIE A FREEMAN
                                               Attorneys for Defendant COUNTY OF
                                               SONOMA

DATED: October 3, 2016                         CITY OF SANTA ROSA CITY
                                               ATTORNEY'S OFFICE

                                               By _____
                                               JOHN J. FRITSCH
                                               Attorneys for Defendant
                                               CITY OF SANTA ROSA

DATED: October ___, 2016                       LAW OFFICES OF JEROME M. VARANINI

                                               By _____
                                               JEROME M. VARANINI
                                               Attorneys for Defendant CALIFORNA
                                               FORENSIC MEDICAL GROUP, INC.

//
//

---

STIPULATED REQUEST FOR LEAVE OF COURT ALLOWING AMENDMENT TO COMPLAINT AND REQUEST
FOR CONTINUANCE OF INITIAL DISCLOSURE DEADLINES
- 3

DATED: October ___, 2016        WILLOUGHBY LAW FIRM, INC.

By _____
MARKUS WILLOUGHBY
Attorneys for Plaintiff BRYCE LEMMONS

DATED: October ___, 2016        SENNEFF, FREEMAN & BLUESTONE, LLP

By _____
BONNIE A FREEMAN
Attorneys for Defendant COUNTY OF SONOMA

DATED: October ___, 2016        CITY OF SANTA ROSA CITY ATTORNEY'S OFFICE

By _____
JOHN J. FRITSCH
Attorneys for Defendant
CITY OF SANTA ROSA

DATED: October 7, 2016          LAW OFFICES OF JEROME M. VARANINI

By ___/s/ Jerome M. VAranini_____
JEROME M. VARANINI
Attorneys for Defendant CALIFORNA FORENSIC MEDICAL GROUP, INC.

//
//

STIPULATED REQUEST FOR LEAVE OF COURT ALLOWING AMENDMENT TO COMPLAINT AND REQUEST FOR CONTINUANCE OF INITIAL DISCLOSURE DEADLINES
- 3

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause having been shown, Plaintiff BRYCE LEMMONS is granted leave of Court to file his First Amended Complaint by <u>October 18, 2016</u>.

The initial Case Management Conference, previously set for December 8, 2016, is continued until <u>January 24, 2017 at 2:00 PM</u>. The deadlines associated with the Initial Case Management Conference are to be re-calendared by this Court according to the new date.

IT IS SO ORDERED.

DATED: <u>October 13, 2016</u>

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE